Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-161 RAJ |
|---|---|
| Plaintiff<br>v.<br>JIHAD IMAN ZEIGLER,<br>Defendant | ORDER GRANTING DEFENDANT ZEIGLER'S MOTION RE: OVERLENGTH BRIEFING |

THIS MATTER comes before the Court upon Defendant Jihad Zeigler's Motion for Leave to File Overlength Brief (Dkt. #42) relating to his motion to suppress. The Court, having considered the motion, and finding good cause, hereby GRANTS the motion. Defendant Jihad Iman Zeigler may file his opening brief in excess of the local rule page limit. Likewise, the Government may have the same leeway to file an overlength response brief. Finally, if Defendant Zeigler files a reply brief, he may file an overlength reply.

DATED this 12th day of June, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING LEAVE
TO FILE OVERLENGTH BRIEFING - 1

PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881