HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-161RAJ |
|---|---|
| Plaintiff | ORDER SEALING |
| v. | EXHIBIT 1 TO DKT. #43 |
| JIHAD IMAN ZEIGLER, | |
| Defendant | |

THIS MATTER comes before the Court upon Defendant Jihad Zeigler's Motion to Seal Exhibit 1 to Dkt. #43 (Defendant's Motion to Suppress). Having considered the motion, and finding the exhibit contains information that is sensitive to other individuals and that the public's interest in viewing the same is outweighed by the need to protect the information and keep it private, the Court GRANTS the Motion to Seal (Dkt. #46). Exhibit 1 to Dkt. #43 shall remain under seal.

DATED this 1st day of July, 2019.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER SEALING EX. 1 TO DKT. # 43 - 1