HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-161RAJ |
|---|---|
| Plaintiff v. | ORDER GRANTING MOTION TO SEAL |
| JIHAD IMAN ZEIGLER, Defendant | |

THIS MATTER comes before the Court upon the Government's Motion to Seal Exhibits C, D, and E to the Government's Response to Defendant's Motion to Suppress. Having considered the Motion to Seal, and because of the designation as Protected Material, and finding good cause,

It is ORDERED that the Government's Motion to Seal (Dkt. #50) is GRANTED. Exhibits C, D, and E to the Government's Response to Defendant's Motion to Suppress shall remain sealed.

DATED this 1st day of July, 2019.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1