Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-161 RAJ |
|---|---|
| Plaintiff | ORDER DENYING GOVERNMENT'S MOTION FOR RECONSIDERATION |
| v. | |
| JIHAD IMAN ZEIGLER, | |
| Defendant | |

THIS MATTER comes before the Court upon the Government's Motion for Reconsideration of the Court's Order Granting Defendant's Motion to Suppress (Dkt. #69). The Court, having considered the Motion, Defendant's Response, and the Government's Reply, hereby DENIES the Government's Motion for Reconsideration.

DATED this 15th day of August, 2019.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING GOVERNMENT'S
MOTION FOR RECONSIDERATION - 1