Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>v.<br><br>JIHAD IMAN ZEIGLER,<br><br>        Defendant | NO. CR18-161 RAJ<br><br>ORDER STRIKING TRIAL DATE AND PRETRIAL DEADLINES |

THIS MATTER comes before the Court *sua sponte*. Currently pending in the Ninth Circuit Court of Appeals is the Government's appeal of this Court's order granting Defendant Zeigler's motion to suppress the items recovered during the search of the Defendant's residence and statements made during the execution of the search, and this Court's subsequent order denying the Government's motion for reconsideration of that order. Accordingly, the Court STRIKES the September 9, 2019 trial date and all remaining pretrial deadlines during the pendency of the Government's interlocutory appeal.

DATED this 28th day of August, 2019.

             */s/ Richard A. Jones*
             The Honorable Richard A. Jones
             United States District Judge