U.S. District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>          v.<br><br>JIHAD IMAN ZEIGLER,<br><br>                           Defendant. | CASE NO. CR18-161RAJ<br><br>ORDER OF DISMISSAL |

THIS MATTER comes before the Court on the unopposed motion of the United States to dismiss this matter with prejudice in accordance with the parties Stipulated Disposition Agreement and Fed. R. Crim. P. 48(a). The Court, having reviewed the motion, and being otherwise fully advised, now, therefore, grants that motion and

ORDERS that this matter is dismissed with prejudice.

DATED this 5th day of October, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
CR18-161RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970